# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID JOE BRUESCH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action |
| | ) | No. 09-3139-CV-S-GAF-H |
| | ) | |
| MARTY C. ANDERSON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Upon Motion to Dismiss being filed in this case, and for good cause appearing, it is hereby

ORDERED that the habeas corpus action filed in this matter be, and it is hereby, dismissed without prejudice.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: July 27, 2009